STAN S. MALLISON (SBN 184191)
  stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
  hectorm@themmlawfirm.com
MARCO A. PALAU (SBN 242340)
  mpalau@themmlawfirm.com
JOSEPH D. SUTTON (SBN 269951)
  jsutton@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California  94612-3547
Telephone:  (510) 832-9999
Facsimile:   (510) 832-1101

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| JOSEPH CABARDO, DONNABEL SUYAT, MACTABE BIBAT, MARISSA BIBAT, ALICIA BOLLING, AND RENATO MANIPON, on behalf of all current and former employees and the State of California<br><br>        Plaintiffs,<br><br>    vs.<br><br>MARILYN PATACSIL AND ERNESTO PATACSIL<br><br>        Defendant. | Case No. 2:12-cv-01705-TLN-KJN<br><br>**STIPULATION AND ORDER RE: FIRST AMENDED COMPLAINT** |

## I. FACTUAL RECITALS

Plaintiffs JOSEPH CABARDO, DONNABEL SUYAT, MACTABE BIBAT, MARISSA BIBAT, ALICIA BOLLING, AND RENATO MANIPON ("PLAINTIFFS") seek to file a First Amended Complaint, adding two additional named plaintiffs: Carlina Cabacongan and John Dave Cabacongan.

## II. STIPULATION

The parties, by and through their respective counsel, stipulate as follows:

1. PLAINTIFFS may file their First Amended Complaint, which will become the operative complaint upon filing.

IT IS SO STIPULATED.

Dated: March 14, 2014                                MALLISON & MARTINEZ
                                                     Attorneys for Plaintiffs

                                                     _____/s/ Joseph D. Sutton_____

                                                     Stan S. Mallison
                                                     Hector R. Martinez
                                                     Marco A. Palau
                                                     Joseph D. Sutton

Dated: March 13, 2014                                MICHAEL B. LEVIN
                                                     Attorney for Defendants

                                                     _____/s/ Michael B. Levin_____

1 **ORDER**

2

3       PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE
4 APPEARING, THE COURT HEREBY ORDERS:
5       PLAINTIFFS may file their First Amended Complaint, which will become the operative
6 complaint upon filing.

7

8       IT IS SO ORDERED.

9

10      Dated: March 14, 2014

11

12

13                                              _____
                                                Troy L. Nunley
14                                              United States District Judge

STIPULATION AND ORDER RE: FIRST AMENDED COMPLAINT