STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
   MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
   JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH CABARDO, DONNABEL SUYAT, MACTABE BIBAT, MARISSA BIBAT, ALICIA BOLLING, RENATO MANIPON, CARLINA CABACONGAN, AND JOHN DAVE CABACONGAN, on behalf of all current and former employees and the State of California<br><br>Plaintiffs,<br><br>vs.<br><br>MARILYN PATACSIL AND ERNESTO PATACSIL<br><br>Defendants. | Case No.:  *2:12-CV-01705-TLN-KJN*<br><br>Complaint filed:  June 6, 2012<br><br>**ORDER RE: PARTIES' STIPULATION TO MODIFY THE SCHEDULING ORDER TO RE-OPEN DISCOVERY FOR LIMITED PURPOSES**<br><br>Complaint Filed:           June 6, 2012<br>Trial Date:                    None Set |

Good cause appearing, the Court hereby Grants the Parties' Joint Motion to Modify the Scheduling Order. The Scheduling Order is modified in the following ways:

Discovery in this matter is re-opened for the following limited purposes:

1. Plaintiffs may depose eight former or current Patacsil Care Home workers from the list of former and current workers who were both interviewed by DOL and later gave declarations in support of Defendants to the court. Docs 22, 26, 31 and 33.

2. Plaintiffs' proposed depositions shall be limited to the DOL investigation of Patacsil Care Homes as to the eight current and formers workers who were both interviewed by DOL and later gave declarations filed with the court in support of Defendants and any subject addressed in such investigation or declaration as to those eight employees. Defendants shall have the right to make all appropriate objections at the time of each deposition.

3. Plaintiffs may also continue Ms. Patacsil's deposition to inquire as to the eight current and former workers who were both interviewed by DOL and later gave declarations filed with the court in support of Defendants (Docs 22, 26,31 and 33) and the DOL investigation of Patacsil Care Homes.

4. Defendants will produce additional, unredacted, non-duplicative documents, not previously produced, in their possession, custody or control, without prejudice, related to the DOL investigation for the purposes of those depositions.

5. The parties will work cooperatively to accomplish these depositions by November 15, 2014, including but not limited accommodation for vacation(s) and scheduling conflicts.

Dated: December 16, 2014

_____
Troy L. Nunley
United States District Judge