UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CABARDO, DONNABEL SUYAT, MACTABE BIBAT, MARISSA BIBAT, ALICIA BOLLING, RENATO MANIPON, CARLINA CABACONGAN, and JOHN DAVE CABACONGAN, on behalf of all current and former employees and the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>MARILYN PATACSIL and ERNESTO PATACSIL,<br><br>Defendant. | No. 2:12-cv-01705-TLN-KJN<br><br>**ORDER RESCHEDULING THE FINAL PRETRIAL CONFERENCE AND JOINT PRETRIAL CONFERENCE STATEMENT** |

The Court previously set the jury trial in this matter for May 21, 2018, the Final Pretrial Conference for March 22, 2018, and ordered the parties to submit their Joint Pretrial Conference Statement on or before May 15, 2018. (ECF No. 65.) This was the Court's error, as the Joint Pretrial Conference Statement must be submitted prior to the Final Pretrial Conference. The Court therefore resets the Final Pretrial Conference to 2:00 pm on April 19, 2018 in Courtroom 2, and orders the parties to submit their Joint Pretrial Conference Statement on or before April, 12, 2018. The jury trial remains set for May 21, 2018.

    IT IS SO ORDERED

Dated: March 16, 2018

Troy L. Nunley
United States District Judge

1