STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH CABARDO, DONNABEL SUYAT, MACTABE BIBAT, MARISSA BIBAT, ALICIA BOLLING, RENATO MANIPON, CARLINA CABACONGAN, AND JOHN DAVE CABACONGAN, on behalf of all current and former employees and the State of California<br><br>Plaintiffs,<br><br>vs.<br><br>MARILYN PATACSIL AND ERNESTO PATACSIL<br><br>Defendants. | Case No.: *2:12-CV-01705-TLN-KJN*<br><br>**PARTIES' STIPULATION TO CONTINUE THE TRIAL DATE AND ORDER** |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs JOSEPH CABARDO, DONNABEL SUYAT, MACTABE BIBAT, MARISSA BIBAT, ALICIA BOLLING, RENATO MANIPON, CARLINA CABACONGAN, AND JOHN DAVE CABACONGAN ("Plaintiffs") and Defendants MARILYN PATACSIL AND ERNESTO PATACSIL ("Defendants") (collectively the "parties"), by and through their counsel of record, hereby stipulate as follows:

Whereas the parties respectfully submit that good cause exists for continuing the existing trial date in this matter;

Whereas the parties have not sought a prior continuance of the trial date in this matter;

Whereas Plaintiffs' counsel has another trial that has now been set for May 21, 2018 in state court and represents that two concurrent jury trials (this one with eight plaintiffs) is overly burdensome for its practice;

Whereas Defense counsel represents that it has a highly impacted litigation calendar from July 2018 through October 2018; and

Whereas the parties remain committed to participating in good faith in the April 9, 2018 Settlement Conference with Magistrate Delaney that this Court set due, in part, to the congestion of its trial court calendar.

THEREFORE, the parties hereby stipulate to and propose a continuance of the existing trial date to November 14, 2018, or a date thereafter that is amenable to the Court and the parties.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | | |
| 3 | DATED: March 30, 2018 | MALLISON & MARTINEZ |
| 4 | | |
| 5 | | By:   /s/  *Joseph D. Sutton* |
| 6 | | Stan S. Mallison<br>Hector R. Martinez |
| 7 | | Marco A. Palau<br>Joseph D. Sutton |
| 10 | DATED: March 30, 2018 | LAW OFFICE OF MICHAEL B. LEVIN |
| 12 | | By:   /s/  *Michael B. Levin* |
| 13 | | Michael B. Levin |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause appearing, the Court hereby Grants the Parties' Stipulation to Continue the |
| 3 | Trial Date in this matter is GRANTED. |
| 4 | The trial date is set for January 28, 2019, at 9:00 a.m. |
| 5 | The Final Pretrial Conference is set for November 15, 2018 at 2:00 p.m., with the Joint |
| 6 | Pretrial Conference Statement due on November 8, 2018. |
| 7 | |
| 8 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 9 | |
| 10 | Dated: April 9, 2018 |
| 11 | |
| 12 | Troy L. Nunley |
| 13 | United States District Judge |