MICHAEL B. LEVIN
ATTORNEY AT LAW (State Bar No. 115895)
3727 Camino del Rio South, Suite 200
San Diego, Ca. 92108
Phone: (619)-285-8050
Facsimile: (619)-)-280-5705
E-mail: MrMichaelL@aol.com

Attorney for Defendants
MARILYN PATACSIL,
ERNESTO PATACSIL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| JOSEPH CABARDO, DONNABEL SUYAT, MACTABE BIBAT, MARISSA BIBAT, ALICIA BOLLING, AND RENATO MANIPON, CARLINA CABACONGAN, AND JOHN DAVE CABACONGAN, on behalf of all current and former employees and the State of California<br><br>Plaintiffs,<br><br>vs.<br><br>MARILYN PATACSIL AND ERNESTO PATACSIL<br><br>Defendants. | CASE NO.: 2:12 CV 01705 TLN-KJN<br><br>**PARTIES STIPULATION TO PROTECTIVE ORDER FOR CIVIL TRIAL AND ORDER (RULE 141.1(b)(2); FRCP 16)** |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs JOSEPH CABARDO, DONNABEL SUYAT, MACTABE BIBAT, MARISSA BIBAT, ALICIA BOLLING, AND RENATO MANIPON, CARLINA CABACONGAN, AND JOHN DAVE CABACONGAN ("Plaintiffs")and MARILYN PATACSIL AND ERNESTO PATACSIL ("Defendants") (collectively the "parties"), by and through their counsel of record, hereby stipulate as follows:

1

1 | Whereas Defendants are the custodian of records at Patacsil Care Homes, and

2 | Whereas Defendants maintained progress notes, awake staff notes, night staff notes and transportation records as business records in the course and scope of their business known as Patacsil Care Homes, and

Whereas the progress notes, awake staff notes, night staff notes and transportation records contain the confidential names of residents (aka "consumers"), and confidential information about those residents, and

Whereas the progress notes, awake staff notes, night staff notes and transportation records have been redacted by Defendants to remove the full name of the subject resident(s) to protect their privacy, and

Whereas the progress notes, awake staff notes, night staff notes and transportation logs are a necessary subject of witness direct examination and cross-examination at trial, and

Whereas the parties shall refer to residents by first name or first name and last initial in the progress notes, awake staff notes, night staff notes and transportation logs and

Whereas the parties shall generally refer to residents by first name or first name and last initial at trial, and

Whereas the necessity for protection should be addressed by court order (rather than by private agreement) to ensure conformance with the stipulation at trial,

THEREFORE, the parties hereby stipulate to a protective order for civil trial and (1) the parties shall refer to the resident's first name or first name and last initial in the progress notes, awake staff notes, night staff notes and transportation logs and (2) generally refer to residents by first name or first name and last initial at trial

IT IS SO STIPULATED

Respectfully Submitted

          MALLISON & MARTINEZ

DATED: November 16, 2018     By:   /s/ *Hector Martinez*
                                HECTOR MARTINEZ
                                Attorney for Plaintiffs
                                JOSEPH CABARDO, et. al.

          THE LAW OFFICES OF MICHAEL B. LEVIN,
          A PROFESSIONAL LAW CORPORATION

DATED: November 16, 2018     By:   /s/ *Michael B. Levin*
                                MICHAEL B. LEVIN
                                Attorney for Defendants
                                MARILYN PATACSIL,
                                ERNESTO PATACSIL

**ORDER**

Good cause appearing, the court hereby Grants the Parties' Stipulation to Protective Order such that (1) the parties shall refer to the resident's first name or first name and last initial in the progress notes, awake staff notes, night staff notes and transportation logs and (2) generally refer to residents by first name or first name and last initial at trial; and the parties stipulation is hereby GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 20, 2018

_____
Troy L. Nunley
United States District Judge