UNITED STATES DISTRICT COURT

For The

EASTERN DISTRICT OF CALIFORNIA



FILED

MAR - 5 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

JOSEPH CABARDO, et al.

v.

MARILYN PATACSIL, et al.

CASE #:    2:12-CV-01705-TLN-KJN

---

## COURT'S ANSWER TO JURY NOTE

Question:

For questions 28, 31, and 35, are the notes underneath them accurate? For instance, if the answer to question 28 is no, is it correct to skip ~~questions~~ the calculations in questions 29 and 30?

Answer:

The notes underneath questions 28, 31, and 35 are inverted due to a drafting error. The note under question 28 should read, "*if your answer to 28 is no, then answer question 29. If you answered yes, continue to question 31.*" The note under question 31 should read, "*Answer question 32.*" The note under question 32 should read "*if your answer to either 31 or 32 is no, then answer question 33. If you answered yes to both question 31 and question 32, continue to question 35.*" The note under question 35 should read, "*if your answer to 35 is no, then answer question 36. If you answered yes, continue to question 38.*"

Dated:   March 5, 2020

Troy L. Nunley
United States District Judge