UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CABARDO, DONNABEL SUYAT, MACTABE BIBAT, MARISSA BIBAT, ALICIA BOLLING, RENATO MANIPON, CARLINA CABACONGAN, and JOHN DAVE CABACONGAN, on behalf of all current and former employees and the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>MARILYN PATACSIL and ERNESTO PATACSIL,<br><br>Defendants. | No.  2:12-cv-01705-TLN-KJN<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of Plaintiffs Joseph Cabardo, Donnabel Suyat, Mactabe Bibat, Marissa Bibat, Alicia Bolling, Renato Manipon, Carlina Cabacongan, and John Dave Cabacongan (collectively, "Plaintiffs") and against Defendants Marilyn Patacsil and Ernesto Patacsil (collectively, "Defendants") in accordance with the jury verdicts returned March 6, 2020 (ECF Nos. 211–219), and the terms of the Court's May 13, 2020 Findings of Fact and Conclusions of Law.  (ECF No. 229.)

By reason of the verdicts and the Court's Findings of Fact and Conclusions of Law Plaintffs Joseph Cabardo, Donnabel Suyat, Mactabe Bibat, Marissa Bibat, Alicia Bolling, Renato Manipon, Carlina Cabacongan and John Dave Cabacongan, as well as aggrieved employees and the State of California, are entitled to judgment against Defendants Marilyn Patacsil and Ernesto Patacsil, as follows:

| | Plaintiffs and State of CA | Joseph Cabardo | Donnabel Suyat | Macatbe Bibat | Marissa Bibat |
|---|---|---|---|---|---|
| UCL Restitution and Interest (Cal Bus. and Prof. Code § 17200 | N/A | N/A | N/A | N/A | $46,366.48 |
| Unpaid Wages, Liquidated Damages, and Interest (Cal. Lab. Code §§ 218.6, 1194.2, 1197; Cal. Civ. Code § 3289(b)) | N/A | $29,216.58 | $104,447.29 | $17,127.47 | $173,977.00 |
| Rest Break Premiums (Cal. Lab. Code § 226.7) | N/A | $1,008.00 | $3,512.00 | $520.00 | $5,512.00 |
| Meal Break Premiums (Cal. Lab. Code § 226.7) | N/A | $1,008.00 | $3,512.00 | $520.00 | $5,512.00 |
| Wage Statement Penalties (Cal. Lab. Code § 266) | N/A | $1,050.00 | $1,350.00 | $550.00 | $1,250.00 |
| Wait Time Penalties (Cal. Lab. Code § 203) | N/A | $3,520.80 | $3,520.80 | $3,520.80 | $3,520.80 |
| PAGA Penalties | $79,524.53 | N/A | N/A | N/A | N/A |
| Totals | $79,524.53 | $35,803.38 | $116,342.09 | $22,238.27 | $236,138.28 |

///

///

|  | Alicia Bolling | Renato Manipon | Carlina Cabacongan | John Dave Cabacongan |
|---|---|---|---|---|
| UCL Restitution and Interest (Cal Bus. and Prof. Code § 17200 | N/A | $46,366.48 | N/A | N/A |
| Unpaid Wages, Liquidated Damages, and Interest (Cal. Lab. Code §§ 218.6, 1194.2, 1197; Cal. Civ. Code § 3289(b)) | $17,378.72 | $197,082.18 | $48,609.83 | $58,226.66 |
| Rest Break Premiums (Cal. Lab. Code § 226.7) | $568.22 | $6,384.00 | $1,392.00 | $1,992.00 |
| Meal Break Premiums (Cal. Lab. Code § 226.7) | $568.22 | $6,384.00 | $1,392.00 | $1,992.00 |
| Wage Statement Penalties (Cal. Lab. Code § 266) | $0.00 | $3,520.80 | $0.00 | $0.00 |
| Wait Time Penalties (Cal. Lab. Code § 203) | $3,520.80 | $3,520.80 | $3,520.80 | $3,520.80 |
| PAGA Penalties | N/A | N/A | N/A | N/A |
| Totals | $22,035.52 | $261,087.46 | $54,914.63 | $65,731.46 |

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that: Plaintiff Joseph Cabardo recovers from Defendants the sum of thirty-five thousand eight-hundred and three dollars and thirty-eight cents ($35,803.38); Plaintiff Donnabel Suyat recovers from Defendants the sum of one-hundred and sixteen thousand three-hundred and forty-two dollars and nine cents ($116,342.09); Mactabe Bibat recovers from Defendants the sum of twenty-two thousand two-hundred and thirty-eight dollars and twenty-seven cents ($22,238.27); Marissa Bibat recovers from Defendants the sum of two-hundred thirty-six thousand one-hundred and thirty-eight dollars and twenty-eight cents ($236,138.28); Alicia Bolling recovers from Defendants the sum of twenty-two thousand and thirty-five dollars and fifty-two cents

1  ($22,035.52); Renato Manipon recovers from Defendants the sum of two-hundred sixty-one
2  thousand and eighty-seven dollars and forty-six cents ($261,087.46); Carlina Cabacongan
3  recovers from Defendants the sum of fifty-four thousand nine-hundred and fourteen dollars and
4  sixty-three cents ($54,914.63); and John Dave Cabacongan recovers from Defendants the sum of
5  sixty-five thousand seven-hundred and thirty-one dollars and forty-six cents ($65,731.46); plus
6  any applicable post-judgment interest.  Additionally, Plaintiffs and the State of California recover
7  from Defendants the sum of seventy-nine thousand five-hundred and twenty-four dollars and
8  fifty-three cents ($79,524.53) and any applicable post-judgment interest, 75 percent to be
9  distributed to the State of California LWDA and 25 percent to the aggrieved employees.

      Plaintiffs may apply to the Court for an award of attorneys' fees and recovery of costs within twenty-eight (28) days of the entry of this Judgment, pursuant to Local Rule 293.

      IT IS SO ORDERED.

DATED:  June 16, 2020

Troy L. Nunley
United States District Judge