UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CABARDO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MARILYN PATACSIL and ERNESTO PATACSIL,<br><br>  Defendants. | No. 2:12-cv-01705-TLN-KJN<br><br>**ORDER** |

The Court has read and considered Plaintiffs' *ex parte* motion to extend time to apply for attorney's fees. (ECF No. 242.) Good cause appearing, the Court GRANTS Plaintiffs' motion.

IT IS ORDERED that Plaintiffs are granted leave to amend their Motion for Attorney's Fees. Plaintiffs shall file an amended Motion for Attorney's Fees thirty (30) days from the date of electronic filing of this Order. The Court VACATES the hearing currently set for April 29, 2021. Plaintiffs shall notice a new hearing date with their amended motion.

IT IS SO ORDERED.

DATED: April 13, 2021

Troy L. Nunley
United States District Judge

1